**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ERIC WILEY, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:26-cv-051-JDK-JDL |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Eric Wiley, a prisoner of the Texas Department of Criminal Justice (TDCJ), was named among more than twenty prisoners as a plaintiff in a pro se civil rights lawsuit pursuant to 42 U.S.C. § 1983 regarding alleged violations of his constitutional rights in prison. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On August 27, 2026, Judge Love issued a Report, Docket No. 6, recommending that Plaintiff's lawsuit be dismissed, without prejudice, for his failure to prosecute his case and for the failure to comply with an order of the Court. A copy of this Report was mailed to Plaintiff at his last-known address. To date, however, Plaintiff has neither filed objections nor otherwise communicated with the Court since February 2026. The objection period has expired.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation.

28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), superseded on other grounds by statute, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten days to fourteen days).

Here, the Plaintiff has not filed objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge, Docket No. 6, as the findings of this Court.

It is therefore **ORDERED** that Plaintiff's lawsuit is **DISMISSED**, without prejudice, for Plaintiff's failure to prosecute his case and comply with an order of the Court. All other motions which may be pending are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **20th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE